| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial) SCHROEDER, MARY M | **2. Court or Organization** US COURT OF APPEALS - 9TH CIRCUIT | **3. Date of Report** 05/06/2008 |

| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE - CIRCUIT JUDGE | **5a. Report Type** (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | **6. Reporting Period** 01/01/2007 to 12/31/2007 |

| **7. Chambers or Office Address** U.S. COURTHOUSE, SUITE 610 401 W. WASHINGTON ST., SPC. 54 PHOENIX, AZ 85003-2156 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. | TRUSTEE | ███████ TRUST #1 |
| 3. | ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2007 | ARIZONA STATE UNIVERSITY - SALARY |
| 2. | 2007 | ALEX E. SOLUTIONS, INC. (SHESHUNOFF INFORMATION SERVICES) - BOOK ROYALTY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | LAWYERS CLUB OF SAN DIEGO | 5/11/07 - 5/12/07 | SAN DIEGO, CALIFORNIA | KEYNOTE SPEAKER | TRANSPORTATION, FOOD, HOTEL |
| 2. | UNIVERSITY OF MONTANA LAW SCHOO | 5/18/07 - 5/20/07 | MISSOULA, MONTANA | SPEAKER | TRANSPORTATION, FOOD, HOTEL |
| 3. | AMERICAN LAW INSTITUTE | 10/17/07 - 10/19/07 | NEW YORK, NEW YORK | SPEAKER/PRESENTER | TRANSPORTATION, FOOD, HOTEL |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ARIZONA CLUB | HONORARY MEMBERSHIP - DUES | $ 1,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS | D | Interest | M | T | | | | | |
| 2. WACHOVIA MYM FUND | A | Dividend | J | T | | | | | |
| 3. LINCOLN NAT'L LIFE | A | Interest | J | T | | | | | |
| 4. FRANKLIN FUND AZTXFR INC. | A | Int./Div. | K | T | | | | | |
| 5. EQUITABLE 300+ STOCK FUND-IRA | | None | L | T | | | | | |
| 6. VALIC FIXED PLUS FUND | D | Interest | M | T | BUY MONTHLY | | J | | |
| 7. VALIC MIDCAP INDEX | | None | L | T | BUY MONTHLY | | J | | |
| 8. VALIC STOCK INDEX | | None | L | T | BUY MONTHLY | | J | | |
| 9. VALIC INT'L GOV'T BOND | | None | M | T | BUY MONTHLY | | J | | |
| 10. VALIC SCIENCE & TECH. | | None | K | T | | | J | | |
| 11. SAGUARO LTD. PTRNSHIP (MESA REAL EST.) | | None | J | W | TERMINATED | | | | |
| 12. TIAA (RET. ANN.) | E | Interest | O | T | | 6/29 | M | | TRANSFER TO VALIC |
| 13. AZ. ST. CREDIT UNION | A | Interest | K | T | | | | | |
| 14. VALIC GOV'T SEC. | | None | L | T | BUY MONTHLY | | J | | |
| 15. VALIC INT'L GROW | | None | K | T | BUY MONTHLY | | J | | |
| 16. VALIC SMCAPEQ | | None | J | T | BUY MONTHLY | | J | | |
| 17. VALIC SHORT TERM FIXED | A | Interest | J | T | | 3/21 | J | | TRANSFER TO OTHER FUND |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VALIC SET RATE 7 YR. | D | Interest | N | T | | | | | |
| 19. VALIC MYM | | None | M | T | | 7/21 | | | TRANSFER FROM TIAA |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**MARY M. SCHROEDER**
JUDGE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



U.S. COURTHOUSE, SUITE 610
401 W. WASHINGTON ST., SPC 54
PHOENIX, AZ 85003-2156
(602) 322-7320

July 11, 2008

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Clarification of 2007 Disclosure Statement

Mr. Smith:

In response to your correspondence of June 24, 2008 requesting information regarding the assets of ▇▇▇▇ Trust #1, please note that the following items from Part VII of my 2007 Disclosure Statement are all assets of ▇▇▇▇ Trust #1:

| Line 6 | VALIC FIXED PLUS FUND | Line 14 | VALIC GOV'T SEC. |
|--------|------------------------|---------|------------------|
| Line 7 | VALIC MIDCAP INDEX | Line 15 | VALIC INT'L GROW |
| Line 8 | VALIC STOCK INDEX | Line 16 | VALIC SMCAPEQ |
| Line 9 | VALIC INT'L GOV'T BOND | Line 17 | VALIC SHORT TERM FIXED |
| Line 10 | VALIC SCIENCE & TECH. | Line 18 | VALIC SET RATE 7 YR. |
| Line 12 | TIAA (RET. ANN.) | Line 19 | VALIC MYM |
| Line 13 | AZ. ST. CREDIT UNION | | |

I believe this satisfies your request. Should you need further clarification, please do not hesitate to contact me.

Sincerely,



Mary M. Schroeder

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SCHROEDER, MARY M | 2. Court or Organization<br><br>US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE - CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, SUITE 610<br>401 W. WASHINGTON ST., SPC. 54<br>PHOENIX, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. TRUSTEE | ▉▉▉ TRUST #1 |
| 3. ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -8 P 3:46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| I. | 2007 | ARIZONA STATE UNIVERSITY - SALARY |
| 2. | 2007 | ALEX E. SOLUTIONS, INC. (SHESHUNOFF INFORMATION SERVICES) - BOOK ROYALTY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| I. | LAWYERS CLUB OF SAN DIEGO | 5/11/07 - 5/12/07 | SAN DIEGO, CALIFORNIA | KEYNOTE SPEAKER | TRANSPORTATION, FOOD, HOTEL |
| 2. | U.S. COURTS | 5/13/07 - 5/16/07 | SAN FRANCISCO, CALIFORNIA | SPEAKER | TRANSPORTATION, FOOD, HOTEL |
| 3. | UNIVERSITY OF MONTANA LAW SCHOOL | 5/18/07 - 5/20/07 | MISSOULA, MONTANA | SPEAKER | TRANSPORTATION, FOOD, HOTEL |
| 4. | AMERICAN LAW INSTITUTE | 10/17/07 - 10/19/07 | NEW YORK, NEW YORK | SPEAKER/PRESENTER | TRANSPORTATION, FOOD, HOTEL |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.    ARIZONA CLUB | HONORARY MEMBERSHIP - DUES | $ 1,020.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS | D | Interest | M | T | | | | | |
| 2. WACHOVIA MYM FUND | A | Dividend | J | T | | | | | |
| 3. LINCOLN NAT'L LIFE | A | Interest | J | T | | | | | |
| 4. FRANKLIN FUND AZTXFR INC. | A | Int./Div. | K | T | | | | | |
| 5. EQUITABLE 300+ STOCK FUND-IRA | | None | L | T | | | | | |
| 6. VALIC FIXED PLUS FUND | D | Interest | M | T | BUY MONTHLY | | J | | |
| 7. VALIC MIDCAP INDEX | | None | L | T | BUY MONTHLY | | J | | |
| 8. VALIC STOCK INDEX | | None | L | T | BUY MONTHLY | | J | | |
| 9. VALIC INT'L GOV'T BOND | | None | M | T | BUY MONTHLY | | J | | |
| 10. VALIC SCIENCE & TECH. | | None | K | T | | | J | | |
| 11. SAGUARO LTD. PTRNSHIP (MESA REAL EST.) | | None | J | W | TERMINATED | | | | |
| 12. TIAA (RET. ANN.) | E | Interest | O | T | | 6/29 | M | | TRANSFER TO VALIC |
| 13. AZ. ST. CREDIT UNION | A | Interest | K | T | | | | | |
| 14. VALIC GOV'T SEC. | | None | L | T | BUY MONTHLY | | J | | |
| 15. VALIC INT'L GROW | | None | K | T | BUY MONTHLY | | J | | |
| 16. VALIC SMCAPEQ | | None | J | T | BUY MONTHLY | | J | | |
| 17. VALIC SHORT TERM FIXED | A | Interest | J | T | | 3/21 | J | | TRANSFER TO OTHER FUND |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VALIC SET RATE 7 YR. | D | Interest | N | T | | | | | |
| 19. VALIC MYM | | None | M | T | | 7/21 | | | TRANSFER FROM TIAA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544